# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 00-1056

_____

| | | |
|---|---|---|
| JoAnn Parker, | * | |
| | * | |
| Appellant, | * | Appeal from the United States |
| | * | District Court for the Eastern |
| v. | * | District of Arkansas. |
| | * | |
| City of Little Rock, | * | [UNPUBLISHED] |
| | * | |
| Appellee. | * | |

_____

Submitted: June 21, 2001

Filed: June 22, 2001

_____

Before MORRIS SHEPPARD ARNOLD, RICHARD S. ARNOLD, and FAGG,
Circuit Judges.

_____

PER CURIAM.

JoAnn Parker appeals the district court's partial grant of summary judgment for the City of Little Rock in her employment discrimination suit, and an adverse jury verdict on the remainder of her claims. Having reviewed the record and the parties' briefs, we reject Parker's arguments on appeal. We thus affirm the district court's summary judgment order and the entry of judgment on the jury's verdict. See 8th Cir. R. 47B. We also deny Parker's pending motion.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.